*918
 

 ON REMAND
 

 PER CURIAM.
 

 In accordance with the mandate from the Florida Supreme Court, we vacate our prior opinion and substitute this opinion in its stead.
 

 Appellant’s convictions for shooting from a vehicle and shooting into an occupied vehicle are affirmed.
 
 [1]
 

 Valdes v. State,
 
 3 So.3d 1067 (Fla.2009). Based on the concession by the State of the lack of eviden-tiary support for the award of investigative costs, we remand this cause with instructions that the trial court strike the award. The trial court may re-impose such costs upon appropriate motion and proof.
 

 CONVICTIONS AFFIRMED; AWARD OF COSTS REMANDED.
 

 TORPY, LAWSON and COHEN, JJ., concur.
 

 [1]
 

 . § 790.15(2), Fla. Stat. (2006); § 790.19, Fla. Stat. (2006).